ORIGINAL

CALVO_I.set

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
District Court

OCT 2 1 2005

For The Northern Mariana Islands
By_____
　　(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 05-0014 |
| ) Plaintiff, ) | |
| ) vs. ) | **SETTLEMENT AGREEMENT** |
| ISAAC CALVO, ) ) Defendant. ) | |

　　COMES NOW Plaintiff, UNITED STATES OF AMERICA, on behalf of its agency, the U.S. Department of Agriculture by and through its undersigned attorneys, and Defendant ISAAC CALVO hereby agree to settle the above-entitled action under the terms and conditions set forth herein:

　　1.　The Defendant, ISAAC CALVO, agrees that he is presently indebted to Plaintiff in the principal amount of $963.96 plus accrued interest to May 17, 2005, in the sum of $218.16, and interest thereafter at the rate of 9.0 percent per annum.

　　2.　Plaintiffs' consent to the entry of this Settlement Agreement is based upon Defendant ISAAC CALVO's express representation to Plaintiff that he is unable to presently pay the amount of indebtedness in full; and the further representation of Defendant ISAAC CALVO that he will well and truly honor and comply with the Settlement Agreement entered herein which provides terms and conditions for defendant's payment of this indebtedness.

3.  Beginning on or before October 15, 2005, Defendant ISAAC CALVO shall tender to the United States a cashier's check or money order payable to the U.S. DEPARTMENT OF JUSTICE, in the amount of at least $200.00 and a like sum on or before the 15th and 30th day of each following month with the final payment due on or before December 30, 2005.

4.  Defendant ISAAC CALVO shall deliver or mail each installment payment to the: United States Attorney, Financial Litigation Unit, Suite 500, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

5.  Defendant, ISAAC CALVO, further agrees to execute a Consent Judgment in favor of Plaintiff, in the event that he is unable to promptly pay indebtedness in full as agreed upon. Filing of this Consent Judgment against Defendant ISAAC CALVO in the United States District Court for the Northern Mariana Islands will be stayed until January 1, 2006.

6.  Plaintiff shall dismiss the Complaint in the above-entitled case against Defendant CALVO upon payment in full on or before December 30, 2005.

The undersigned consent to entry of a settlement agreement according to the terms set out above.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 9-30-05

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

Dated: 10/13/05

_____
ISAAC CALVO
Defendant